**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:25-cv-00064-TWP-KMB |
| | ) |
| SMITH LAW SERVICES, P.C., | ) |
| CROTHERSVILLE LIGHTHOUSE | ) |
| TABERNACLE CHURCH, INC., | ) |
| JASON M. SMITH, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| CROTHERSVILLE LIGHTHOUSE | ) |
| TABERNACLE CHURCH, INC., | ) |
| JASON M. SMITH, | ) |
| | ) |
| Counter Claimants, | ) |
| | ) |
| v. | ) |
| | ) |
| ADMIRAL INSURANCE COMPANY, | ) |
| ADMIRAL INSURANCE COMPANY, | ) |
| | ) |
| Counter Defendants. | ) |

## ORDER ON CERTAIN PENDING MOTIONS

This matter is before the Court on Plaintiff Admiral Insurance Company's ("Admiral") Motion to Dismiss Smith's Counterclaims (Dkt. 42) and *pro se* Defendant Jason Smith's ("Smith") Motion to Deem his Amended Answer, Affirmative Defenses, and Counterclaims as Filed Timely, Or, Alternatively, For Belated Enlargement (Dkt. 64). Admiral initiated this action seeking a declaratory judgment concerning their defense of Smith in an underlying malpractice action (Dkt. 1). For the reasons explained in the Order, Smith's motion is **granted** and Admiral's motion to dismiss is **denied** as moot.

Smith filed an Amended Answer, Affirmative Defenses, and Counterclaims on August 7, 2025 (Dkt. 36). Thereafter, Admiral filed a Motion to Dismiss Smith's Counterclaims on August 28, 2025, which is pending before the Court (Dkt. 42). After many requests for extensions of time to file his response to the Motion to Dismiss, the Court ordered Smith to file a brief in response and/or amended pleading responsive to the Motion to Dismiss by December 21, 2025 (Dkt. 55).

Smith filed his Amended Answer, Affirmative Defenses, and Counterclaims on December 23, 2025, (Dkt. 56), but contends that his late submission was due to technical difficulties as he is limited to the *pro se* filing portal (Dkt. 64 at 2–3). In his motion, Smith asks the Court to deem his filing as timely. The Court  notes that although Smith is proceeding *pro se*, Smith is an attorney, and he should have contacted the clerk's office for assistance if he was having difficulties with the filing portal.

But Admiral did not move to strike Smith's filing, nor have they objected to his request to deem such filing as timely. Instead, Admiral filed a timely Second Motion to Dismiss the Amended Counterclaim on January 27, 2026  (Dkt. 57), and on January 29, 2026 Smith filed a timely response (Dkt. 60). Because his request is unopposed, Smith's Motion to deem his Amended Answer, Affirmative Defenses, and Counterclaims Timely Filed (Dkt. 64) is **GRANTED**. The Court accepts his pleading as timely filed.

Smith's Amended Answer, Affirmative Defenses, and Amended Counterclaims is the operative counterclaim. Because the Court accepts Smith's Amended Counterclaims as timely filed, Admiral's Motion to Dismiss Smith's [original] Counterclaims (Dkt. 42) is **DENIED AS MOOT**.

The Court will address Admiral's Motion to Dismiss the Amended Counterclaim For Failure To State A Claim (Dkt. 57), and Smith's Motion for Leave to File Amended brief in Response to Plaintiff's Motion to Dismiss (Dkt. 62) in due course.

**SO ORDERED.**

Date:  3/24/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

JASON M. SMITH
121 N. Chestnut Street
3rd Floor
Seymour, IN 47274

JASON M. SMITH
121 N. Chestnut St
3rd Floor
Seymour, IN 47274

W. Brent Gill
Smith Law Services, P.C.
wbrentgill@comcast.net

Laura M Haara
FBT Gibbons LLP
lhaara@fbtgibbons.com

Christopher Glade Johnson
FROST BROWN TODD LLC
cjohnson@fbtgibbons.com

Josh S Tatum
SLS Group, LLC
jtatum@slsgroup.law